UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FARIBORZ ARABNIA; MAHMOUD
AFSHARDOUST; SAEID MAHMOUDI
ZAD AZARI; AKBAR MOHAMMADI ARGI;
and AHMAD KACHECHIAN;

                Petitioners,           10 Civ. 3737

-against-

U.S. DEPARTMENT OF STATE;
U.S. ATTORNEY GENERAL;

                Respondents.
----------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

       The parties, having agreed that the United States Citizenship and Immigration Services has already determined the Petitioners' eligibility under 8 C.F.R. § 204.5(h)(5), and having agreed to the following injunction, it is hereby ORDERED that:

       Respondents are enjoined from specifically requiring that Petitioners provide an offer of employment in the United States or a labor certification.

SO ORDERED.

Dated: New York, New York
       May 11, 2010

                                         *Kimba M. Wood*
                                         Kimba M. Wood
                                         United States District Judge
                                         Part I

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10